

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00272-CV

IRIS WILLIAMS, Appellant

V.

VRM-VENDOR RESOURCE MANAGEMENT DULY AUTHORIZED AGENT FOR SERVICE OFFICE OF VETERAN AFFAIRS, Appellee

Appeal from County Court at Law No. 4 of Fort Bend County. (Tr. Ct. No. 13-CCV-051775).

This case is an appeal from the final judgment signed by the trial court on January 22, 2014. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.

The Court orders that the appellant, Iris Williams, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered June 25, 2015.

Panel consists of Justices Keyes, Huddle, and Lloyd. Opinion delivered by Justice Lloyd.